FILED 30 SEP '26 13:14 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

6:26-cv-02017-MC

JUSTIN PERKINS-GOTTFRIED,

Plaintiff,

v.

UNIVERSITY OF OREGON, et al

Defendant.

**SHORT-FORM COMPLAINT**

Retaliation and Discrimination; Recruitment/ Inducement; Functional Suspension and Denial of Educational Services

## 1. Parties

Plaintiff Justin Perkins-Gottfried was a student at the University of Oregon. Defendant University of Oregon is a public university located in Eugene, Oregon, bound by federal and state anti-discrimination and civil rights laws.

## 2. Core Theory

This action concerns a pattern beginning with recruitment and inducement and continuing through retaliation, discrimination, and the functional denial of promised benefits after Plaintiff enrolled. Specifically, during the Spring term of 2026, Defendant engaged in retaliatory conduct immediately following Plaintiff's assertion of rights, utilizing a conduct hold and functional suspension under the pretext of non-compliance with COVID-19 testing to unlawfully exclude Plaintiff from educational services. (exhibit B)

## 3. Recruitment and Enticement

University of Oregon representatives made representations to Plaintiff concerning comprehensive support, resources, and access to educational services to induce enrollment. These representations were specific inducements on which Plaintiff relied in deciding to enroll and commit substantial resources to his education at the University.

## 4. Retaliation and Discrimination (Spring Term 2026)

Beginning April 1, 2026, the start of the Spring term, the University initiated a campaign of discriminatory and retaliatory treatment. After Plaintiff engaged in protected activities and requested necessary support, the promised educational benefits were abruptly withheld, establishing a direct retaliatory timeline.

**5. Functional Suspension and Pretextual Conduct Holds**

Immediately following the events of early April 2026, the University placed a conduct hold on all of Plaintiff's student services. This effectively operated as a functional suspension. The University cited alleged non-compliance with COVID-19 testing protocols as the justification; however, this enforcement was applied as a targeted, pretextual mechanism to bypass due process, retaliate against Plaintiff, and deny him the very educational access he was promised upon recruitment. (see exhibit A attached)

**6. The University's Role**

The administration and student conduct offices of the University of Oregon oversaw and directly participated in the targeted application of the conduct hold. Plaintiff was systematically walled off from academic support, registration, and university services through an administrative barrier specifically erected in retaliation to his earlier communications and requests.

**7. Pattern and Practice**

Taken together, the alleged conduct presents a single pattern and practice: (1) recruitment and inducement through promises of educational access and support; (2) enrollment and detrimental reliance; (3) swift retaliation and discrimination beginning April 1, 2026; and (4) immediate functional suspension and the complete withdrawal of student services via a conduct hold under the pretext of COVID-19 testing non-compliance. Plaintiff alleges that this sequence was a calculated effort to functionally exclude him from the educational opportunities that had been represented to him.

**8. Claims**

Plaintiff asserts that this conduct constitutes retaliation, discrimination, and denial of reasonable access to educational programs in violation of applicable federal and state civil rights statutes. The weaponization of health compliance policies as a pretext for retaliation further supports a claim of discriminatory treatment and breach of the promises made during recruitment. The precise application of each statute is reserved for briefing and proof.

**9. Continuing Harm**

The University's actions resulted in the continuing denial of educational services. Plaintiff seeks relief for the loss of educational access, financial losses associated with tuition and enrollment reliance, and other damages caused by the alleged discriminatory and retaliatory conduct.

**10. Relief Requested**

Plaintiff requests: (a) declaratory relief concerning the alleged discrimination and retaliation; (b) an order removing the pretextual conduct holds and reversing the functional suspension; (c) restoration of full access to educational and academic support services; (d) compensatory damages as permitted by law; (e) attorneys' fees and costs where authorized; and (f) such other relief as the Court deems just and proper.

**Jury Demand**

NO JURY DEMAND

~~Plaintiff demands a jury trial on all issues so triable.~~

Respectfully submitted,

Justin Perkins-Gottfried

Plaintiff, Pro Se 94500 Johnson Rd.

Marcola ~~Eugene~~, Oregon 97454

## CERTIFICATE OF SERVICE

I, Justin Perkins-Gottfried, hereby certify that on this 13th day of September, 2026, a true and correct copy of the foregoing **Cover Letter and Short-Form Complaint** was served upon the following parties via electronic mail (email), as agreed upon or permitted for the provision of notice:

**University of Oregon**
Office of the President
pres@uoregon.edu
1226 University of Oregon
Eugene, OR 97403-1226

**Office of General Counsel**
University of Oregon
6251 University of Oregon
Eugene, OR 97403

Justin Perkins-Gottfried
Plaintiff, Pro Se

Exhibit A: UO Proof of Attendance

UNIVERSITY OF OREGON

For additional information:
http://ba.uoregon.edu/student
email: stubills@uoregon.edu
541-346-3170
PO Box 3237
Eugene, OR 97403-0237

Account Name: Justin A Gottfried
Account Number: 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
UO Student email:

| Total Due | 4563.58 |
|---|---|
| Account Balance | 4563.58 |

| Billing Period | | Payment Due Date |
|---|---|---|
| 17-AUG-2026 | 16-SEP-2026 | 01-OCT-2026 |

| Ref. Number | Posting Date | Term | Description | Charges | Payments |
|---|---|---|---|---|---|

**Account Activity**

| Previous Balance | Interest & Billing Fee | Payments | Current Activity | Future Due Charges | Pending Fin. Aid | New Account Balance |
|---|---|---|---|---|---|---|
| 4525.02 | 38.56 | 0.00 | 0.00 | 0.00 | 0.00 | 4563.58 |

Please detach remittance and send with your check or money order to the address below.

UNIVERSITY OF OREGON

Payment of Total Due must be received by the end of the 10 day Grace Period to avoid interest & billing charges.

| Account Number | Due Date |
|---|---|
| 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 | 01-OCT-2026 |

| Total Due | Amount Paid |
|---|---|
| $4,563.58 | |

Make checks payable to:

University of Oregon Cashiers
P.O. BOX 3237
Eugene, OR 97403-0237

Justin A Gottfried
94500 Johnson Rd
Marcola, OR 97454-9726

50999950494324300456358100008

Exhibit B: Notice of Service, Intent to file suit

September 13, 2026

**FROM:**
Justin Perkins-Gottfried
Plaintiff, Pro Se
Eugene, Oregon

**TO:**
Office of the President
1226 University of Oregon
Eugene, OR 97403-1226

*And*

Office of General Counsel
6251 University of Oregon
Eugene, OR 97403

**RE: Notice of Service - Short-Form Complaint for Discrimination and Retaliation**

To Whom It May Concern:

Please find enclosed a Short-Form Complaint detailing claims of discrimination, retaliation, and the functional denial of educational benefits and access during the Spring Term 2026. This document formally outlines the pattern and practice of retaliatory actions and suspension under the pretext of COVID-19 testing compliance.

This complaint is being served upon the University of Oregon in an effort to provide formal notice of these allegations. A Certificate of Service is attached at the end of this document.

I anticipate your prompt review of these matters.

Sincerely,

*/s/ Justin Perkins-Gottfried*
Justin Perkins-Gottfried
Plaintiff, Pro Se